# Site 5 Residential Owner LLC

1735 Park Avenue Suite 300, New York, New York 10035
Phone: (212) 348-3248, Fax: (212) 348-3670
Appeals@ccmanagers.com

Date: **July 21, 2017**

CHAIM KATZ

Re:   **Essex Crossing Site 5**
      Log #: __472__

Dear Applicant:

We have received your application for residency in the project indicated above.

Based on the guidelines for eligibility under this program, you are ineligible for the following reason:

___   1.   Upon complete review, your income does not meet the guidelines.
           See below or attached for income eligibility chart.

           Household size: _____

           Income on application: _____ _____

___   2.   No remaining units are available within the project to accommodate your household size.

_X_   3.   Other:

           • No units to accommodate family size.

If you have additional information which you feel would entitle you to appeal this determination, you may contact this office in writing within ten (10) business days, **Aug. 4, 2017**, to request a review.

Sincerely,

Essex Crossing Site 5 Marketing Team

Owner/Manager

ENGLISH INELIGIBILITY LETTER

# Site 5 Residential Owner LLC

1735 Park Avenue Suite 300, New York, New York 10035
Phone: (212) 348-3248, Fax: (212) 348-3670
Appeals@ccmanagers.com

Date: **July 21, 2017**

CHAIM KATZ

▉

Re:   Essex Crossing Site 5
      Log #:   472

Dear Applicant:

We have received your application for residency in the project indicated above.

Based on the guidelines for eligibility under this program, you are ineligible for the following reason:

___   1.   Upon complete review, your income does not meet the guidelines.
           See below or attached for income eligibility chart.

           Household size: _____

           Income on application: _____

_X_   2.   No remaining units are available within the project to accommodate your household size.

___   3.   Other:

If you have additional information which you feel would entitle you to appeal this determination, you may contact this office in writing within ten (10) business days, **Aug. 4, 2017**, to request a review.

Sincerely,

Essex Crossing Site 5 Marketing Team

Owner/Manager

ENGLISH INELIGIBILITY LETTER