**Site 5 Residential Owner LLC**
1735 Park Avenue Suite 300, New York, New York 10035
Phone: (212) 348-3248, Fax: (212) 348-3670
Appeals@ccmanagers.com

**Appeal Request**

**Mark response by placing "X"**
Appeal is being submitted by: __✓__ Email (pdf)   ____ Fax 212-348-3670
                                ____ Mail 1735 Park Avenue St 300, NY, NEW YORK 10035

Date: 7/30/2017
Log #: 472
Name: Chaim Katz

Reason(s) for rejection: Family Size
_____
_____
_____
_____

Response to rejection (PLEASE PRINT/ WRITE LEGIBLY): See Attached Document
_____
_____
_____
_____
_____
_____
_____

*(for additional response please provide separate page)*

Supporting documentation regarding the rejection included *(if you have additional information not listed you may also include it with this appeal)*:
____ (6) Additional Pay Stubs    ____ Bank Statements    ____ Employer Letter
____ Tax Returns ____ Proof of Debt Settlement/ Payment Plan (receipts, letter from creditor, court documents, etc.)
____ Proof of a Legal or Natural Change (birth cert, marriage license, death cert, adoption, etc.)
____ Student Status; Official/ Unofficial Transcript    _✓_ Other Attached Document

YOU MAY HAVE DOCUMENTS NOT LISTED ABOVE; FOR A COMPLETE APPEAL REVIEW WE WILL NEED AS MUCH INFORMATION TO SUPPORT YOUR DISAGREEMENT WITH OUR DETERMINATION. PLEASE NOTE ALL APPEALS WILL BE REVIEWED AND RESPONDED TO. THE SUBMISSION OF YOUR APPEAL DOES NOT GUARANTEE WE WILL BE ABLE TO CONTINUE PROCESSING YOUR APPLICATION OR OFFER AN APARTMENT. THANK YOU FOR YOUR CONTINUED INTEREST IN FIVE BLUE SLIP

## Appeal of Essex Crossing

To whom it may concern,

We recently received a letter from the housing board of Essex Crossing Site 5 which informed us that we were disqualified from consideration for a three-bedroom housing unit due to our family size (5 children). We have consulted with our family's legal representation and have determined that this decision is unfounded for several reasons. We are writing to appeal this decision, and to kindly request that you reinstate our proper eligibility status.

Firstly, we would like to point out that when a family has already entered their housing unit, their family size is no longer relevant and they can remain in their unit regardless of family growth (as was verified with housing authorities). In this light, it is hard to understand why a family that is one child above the family limit should be removed from consideration for an apartment that can benefit them so greatly. This issue of family size is further mitigated as our children have always shared bedrooms, and the space in the three-bedroom apartment for which we applied is more than ample to accommodate our family size. There is no law that limits the number of children per room, and our family has been inhabiting a similar space for several years.

Further, we would like to bring your attention to the unique social/religious group which our family is a part of. Being part of the Ultra-Orthodox Jewish community, where large families are the prevalent norm, and life is centered around family and religious values, brings unique living circumstances. Young men (such as our eldest son), as they begin high-school, frequently transition to dorm life in the religious high schools that they attend, to facilitate immersive study and develop independence. This makes the issue of family size much less relevant, as it is not representative of the number of regular inhabitants of the apartment.

It is disheartening to think that, because we have a large family, and different values than our neighbors, we are barred from consideration for such a desperately needed service. We would happily have applied for a larger apartment, however, there was no such option provided. After considerable research, it has been determined that large families are overwhelmingly from minority groups such as Hispanics, Muslims, and Religious Jews. Housing practices like this discriminate against these groups, and ensure that they are restricted access to services that other groups enjoy freely. What are those of us with larger families to do?

We greatly appreciate your consideration, and truly hope an equitable resolution can be reached.

Sincerely,

Chaim and Chana Katz