# Site 5 Residential Owner LLC
1735 Park Avenue Suite 300, New York, New York 10035
Phone: (212) 348-3248, Fax: (212) 348-3670
appeals@ccmanagers.com

Date: September 25, 2017

Chaim Katz

Re:   Essex Crossing Site 5
Log #: 472

Dear Applicant:

We received your letter appealing the rejection of your application for residency in the project indicated above. We have conducted an additional review of your application with the new information you provided. Unfortunately, based on the guidelines for eligibility for this project, your appeal has been rejected for the following reason:

___ 1. **Credit history**

Please note that the City of New York has established Financial Empowerment Centers that offer free counseling to help you in improving your credit. A counselor can also help you deal with your debt and debt collectors and how to save for your monthly rent. We encourage you to call 311 to make a free appointment with a counselor so that you are better prepared for future housing lotteries.

___ 2. **Rent payment history**

___ 3. **Your income does not meet the guidelines.** See below or attached for income eligibility chart.

Your income: _____

___ 4. **Your income does not demonstrate a continuing need.**

___ 5. **Criminal background check**

___ 6. **Your application and/or documentation has been found to include inconsistent information.**

___ 7. **You do not meet the definition of a household established by the New York City Department of Housing Preservation and Development.** Therefore, you do not qualify for this program.

ENGLISH APPEAL REJECTION LETTER

___  8.   Your appeal was not submitted within the appeal period of ten (10) business days.

_X_  9.   Other:
- The property does not have an available unit to accommodate the household size.

If you believe your appeal has been rejected in error, you may contact the agency indicated below:

If you believe your appeal has been rejected in error, you may submit a complaint to the agency indicated at the bottom of the page, in writing, within five (5) business days of the postmark date of this letter.

**Your complaint must include a written explanation of why you believe your appeal was rejected in error and documentation to support your explanation.** Please include copies of as many of the following items as possible:
- The first rejection letter you received from the property owner, manager, or agent
- The appeal letter you sent to the owner/manager/agent
- Any documents and/or information you sent with your appeal letter to the owner/manager/agent
- The letter you received rejecting your appeal (this letter)
- Additional documents and/or information supporting your explanation, if applicable

Please note that the agencies are unable to consider complaints that do not include complete explanations and supporting documentation.

☐ **New York City Department of Housing Preservation and Development (HPD)**
   Email: hpdcompliance@hpd.nyc.gov
   Attn: Marketing Unit
   100 Gold Street
   Section 7-K
   New York, NY 10038

☒ **New York City Housing Development Corporation (HDC)**
   Email: hdccompliance@nychdc.com
   Attn: Marketing Department
   110 William Street
   10th Floor
   New York, NY 10038

Sincerely,

Essex Crossing Site 5
Marketing Team
Owner/Manager

**[INSERT HOUSEHOLD SIZE AND INCOME CHART BELOW OR ATTACH PROJECT ADVERTISEMENT]**

ENGLISH APPEAL REJECTION LETTER

