| | |
|---|---|
| **From:** | 421a Help |
| **To:** | Taylor Cary |
| **Cc:** | Amy Marion |
| **Subject:** | Re: Chaim Katz - Appeal from The Orchard Ineligibility Notice received November 6, 2019 |
| **Date:** | Thursday, November 21, 2019 10:17:01 AM |
| **Attachments:** | image250528.JPG |
| | image3b4be9.JPG |
| | image7cde0a.JPG |

Hello,

Unfortunately we do not set the rules of household size allowed in an apartment; HPD is the agency that does.

Thank you,

**421aHelp at Citi Habitats**
207 West 115th Street Ground Floor
New York, NY 10026
421aHelp@citihabitats.com
M. 212.470.1152

**From:** Taylor Cary <TCary@Abramslaw.com>
**Sent:** Monday, November 18, 2019 3:00 PM
**To:** 421a Help <421ahelp@citihabitats.com>
**Cc:** Amy Marion <AMarion@Abramslaw.com>
**Subject:** Chaim Katz - Appeal from The Orchard Ineligibility Notice received November 6, 2019

Good Afternoon:

Please see the attached Appeal Letter dated November 18, 2019. A hard copy of the attached was mailed today as well.

Sincerely,
Taylor

## *Taylor Cary, Esq.*

| | |
|---|---|
| *Associate* | **Brooklyn Office** |
| **Tel: 718-215-5300** | **1 Metrotech Center** |
| **Fax: 718-581-5050** | **Suite 1701** |
| **Email: TCary@Abramslaw.com** | **Brooklyn, New York 11201** |

**CONFIDENTIALITY NOTICE:** This e-mail may be an attorney-client communication and may contain information that is privileged and confidential and is therefore subject to legal restrictions and penalties regarding its unauthorized disclosure or other use. If you are not the intended recipient you are prohibited from copying, forwarding, distributing, disseminating, or otherwise viewing this e-mail and any attachments hereto. Please notify the sender and delete this e-mail if you are not the intended recipient.

**IRS CIRCULAR 230 DISCLOSURE:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

*Wire Fraud is Real*.  Before wiring any money, call the intended recipient at a number you know is valid to confirm the instructions. Additionally, please note that the sender does not have authority to bind a party to a real estate contract via written or verbal communication.