

----- Forwarded Message -----
**From:** "421a Help" <421ahelp@citihabitats.com>
**To:** "cyk1000@yahoo.com" <cyk1000@yahoo.com>
**Sent:** Thu, Nov 21, 2019 at 11:06 AM
**Subject:** Re: The Orchard INELIGIBILITY NOTICE

**REJECTION NOTICE**

The Orchard
P: 212-470-1152
207 West 115th Street #32
New York, NY 10026
421aHelp@citihabitats.com
F: 917-262-7364

Date: 11/21/2019

CHAIM KATZ

Re:    118 Orchard Street New York, NY 10002

       Log #: 460

Dear Applicant:
We received your application for residency in the project indicated above. Based on the guidelines for eligibility for this project, your application has been rejected for the following reason(s):

**X**    1.    Upon complete review, your income and/or household size does not meet the **guidelines.** *See attached income eligibility chart.*

Your household income: $118,000

Your household size: 8

___    2.    The rental subsidy listed on your application does not sufficiently cover the rent for the units in this project. See attached payment standard tables.

Rental subsidy:

___    3.    **Your income does not demonstrate a continuing need.**

- Assets
- Property Ownership
- Gift Income
- Other:

_____

___   4.   **Criminal background check:**

_____

___   5.   **Your application and/or documentation has been found to include inconsistent information.**

_____

___   6.   **Failure to schedule an eligibility appointment or failure to attend a scheduled and confirmed appointment.**

_____

___   7.   **You do not meet the definition of a household established by the Agencies.**
Therefore, you do not qualify for this program.

_____

___   8.   **Failure to submit documentation by the deadline or failure to submit sufficient or complete documentation.**

_____

___   9.   **Credit and housing court history**
- For-cause eviction(s) within last 12 months. Case index #: _____
- Bankruptcy filed within last 12 months
- Delinquencies, collections, money judgments, and liens exceed $5,000

Please note that the City of New York has established Financial Empowerment Centers that offer free counseling to help you in improving your credit. A counselor can also help you deal with your debt and debt collectors and how to save for your monthly rent. We encourage you to call 311 to make a free appointment with a counselor so that you are better prepared for future housing lotteries.

___   10.   **Other:**

_____

If you have additional information which you feel would entitle you to appeal this determination, you may contact this office within ten (10) business days in writing to request a review. Please send your appeal to our office at the 421ahelp@citihabitats.com information below. **Your appeal must include a copy of this notice, a written explanation of why you believe your application was rejected in error, and <u>documentation to support your explanation</u>.**

**If the reason your application was rejected (as indicated in #1-9, above) is a direct result of you or another individual on the application being a victim of domestic violence, dating violence, sexual assault, or stalking, please refer to the Notice of Rights**

**under the Violence Against Women Act, attached.**

Please note that we are unable to consider appeals that do not include complete explanations and supporting documentation.

Sincerely,

George Blitz
Owner/Manager

## AVAILABLE UNITS AND INCOME REQUIREMENTS

| Unit Size | | Monthly Rent[1] | Units Available | | Household Size[2] | Annual Household Income[3] *Minimum – Maximum[4]* | | Monthly Rent[1] | Units Available | | Household Size[2] | Annual Household Income[3] *Minimum – Maximum[4]* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Bedroom | 70% AREA MEDIAN INCOME (AMI) UNITS | $1,115 | 3 | → | 1 person | $38,229 - $52,290 | 130% AREA MEDIAN INCOME (AMI) UNITS | $2,289 | 5 | → | 1 person | $78,480 - $97,110 |
| | | | | | 2 people | $38,229 - $59,780 | | | | | 2 people | $78,480 - $111,020 |
| | | | | | 3 people | $38,229 - $67,270 | | | | | 3 people | $78,480 - $124,930 |
| 3 Bedroom | | | | | | | | $2,777 | 1 | → | 3 people | $95,212 - $124,930 |
| | | | | | | | | | | | 4 people | $95,212 - $138,710 |
| | | | | | | | | | | | 5 people | $95,212 - $149,890 |
| | | | | | | | | | | | 6 people | $95,212 - $160,940 |
| | | | | | | | | | | | 7 people | $95,212 - $172,120 |

For additional questions regarding the housing application process or appeals, please contact:

1. HPD Marketed Units:  HPD Applicant Helpline, 212-863-7990

New York City Department of Housing Preservation and Development (HPD) and

New York City Housing Development Corporation (HDC)

**Notice of Rights under the Violence Against Women Act (VAWA)**

**for Housing Applicants[1]**

The federal Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking.  VAWA protections are not only available to women but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[2] This notice explains applicants' rights under VAWA and the responsibilities of HPD and HDC, collectively known as "the Agencies", and any marketing agents or other owner representatives engaged in the application process for HPD/HDC marketed housing units.

**Protections for Applicant- Households**
Housing units marketed via NYC Housing Connect may be funded by a number of federal, state or local financing programs. If you and the people you will live with ("your household members") otherwise qualify for admission**,** you cannot be denied admission based on or as a direct result of the fact that a household member is or has been a victim of domestic violence, dating violence, sexual assault, or stalking.   Additionally, applicant households cannot be denied based on adverse factors that are a direct result of the fact that a household member is or has been a victim of domestic violence, dating violence, sexual assault, or stalking.

**Applicants who are domestic violence survivors may invoke their VAWA rights and appeal a rejection to housing if they wish to claim that the reason given for rejection is a direct consequence of their experience with domestic violence, dating violence, sexual assault or stalking.** Such reasons may include, but are not limited to, poor credit, failure to pay rent, poor rental history and/or a criminal record.  When submitting such a claim, applicants may be asked to provide supporting documentation. Instructions on the right to appeal and the time frame for submitting such an appeal are explained in the rejection letter from the development's marketing agent.

Should you need assistance appealing **based on your VAWA rights,** you may contact one of New York City's Family Justice Centers for help:

Bronx Family Justice Center, 198 East 161st Street, 2nd Floor, 718-508-1220
Brooklyn Family Justice Center, 350 Jay Street, 718-250-5111

Queens Family Justice Center, 126-02 82nd Avenue, 718-575-4545
Manhattan Family Justice Center, 80 Center Street, 212-602-2800
Staten Island Family Justice Center, 126 Stuyvesant Place, 718-697-4300
Family Justice Centers provide a variety of information and services to survivors of domestic and gender-based violence. No appointment is necessary. All centers are open Monday through Friday from 9:00am to 5:00pm. Please bring a copy of this notice with you.

**Confidentiality**
The Agencies and all marketing agents/owner representatives must keep confidential any information provided by applicants who are survivors of domestic violence, dating violence, sexual assault or stalking, including the fact that the applicant is exercising rights under VAWA.
However, they may disclose the information provided if:

- Written permission to release the information on a time limited basis is given.
- A law requires the Agencies or marketing agent/owner to release the information.

**Other Laws**
VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking.  If you are a survivor of domestic violence, dating violence, sexual assault or stalking, you may be entitled to additional housing protections under other Federal laws, as well as under State and local laws.

**For Additional Information**
You may view a copy of HUD's VAWA Final Rule, covering many of HUD's housing programs, at **www.gpo.gov/fdsys/pkg/FR-2016-11-16/pdf/2016-25888.pdf**.

For help regarding an abusive relationship, you can call **NYC Domestic Violence Hotlineat 1-800-621-4673.** Additional New York City resources for survivors of intimate partner violence include the **Family Justice Centers**, listed above under "Protections for Applicants."

Applicants who are or have been victims of stalking and are seeking help may visit the **National Center for Victims of Crime's Stalking Resource Center** at
**www.victimsofcrime.org/our-programs/stalking-resource-center**.

For help regarding sexual assault, you may contact the **NYC Alliance Against Sexual Assault: 212-229-0345** or **Rape Abuse and Incest National Network (RAINN) at 1-800-656-4673**.

Victims of any crime, including stalking, may contact their local police stations.

---

[1] This information pertains to an appeal on the grounds that the reason your application was rejected is a direct result of you or another individual on the application being a victim of domestic violence, dating violence, sexual assault, or stalking.

[2] Housing providers cannot discriminate based on any protected characteristic, including race, color, national origin, religion, sex, familial status, disability, or age.  HUD-assisted, HUD-insured, Low Income Housing Tax Credit financed and HPD/HDC financed housing must be made available to all otherwise eligible individuals regardless of actual or perceived sexual orientation, gender identity, or marital status.

**421aHelp at Citi Habitats**
207 West 115th Street Ground Floor
New York, NY 10026
421aHelp@citihabitats.com
M. 212.470.1152

---

**From:** 421a Help
**Sent:** Wednesday, November 6, 2019 10:27 PM
**To:** cyk1000@yahoo.com <cyk1000@yahoo.com>

**Subject:** The Orchard INELIGIBILITY NOTICE

**INELIGIBILITY NOTICE**

The Orchard

P: 212-470-1152

207 West 115th Street #32

New York, NY 10026

<u>421aHelp@citihabitats.com</u>

F: 917-262-7364

Date: 11/4/2019

CHAIM KATZ

Re:	118 Orchard Street New York, NY 10002

Log #:  460

Dear Applicant:

We have received your application for residency in the project indicated above.

Household size on application: 8

Income on application: 118000

Based on the guidelines for eligibility under this program, you are ineligible for the following reason:

	____	1.	The income listed on your application does not meet the requirements for the   units in this project.

	**X**	2.	There are no units in the project that meet your household size

requirements.

*See attached for income and household size requirements chart.

___   3.   Other:

_____

If you have additional information which you feel would entitle you to appeal this determination, you may contact this office in writing, within ten (10) business days of the sent date or postmark of this notice, to request a review.

**Your appeal must include a copy of this notice, a written explanation of why you believe your application was rejected in error <u>and documentation to support your explanation</u>.**  Please note that we are unable to respond to appeals that do not include complete explanations and supporting documentation.

If you are appealing on the grounds that you or another individual on the application is a victim of domestic violence, dating violence, sexual assault, or stalking, refer to the Notice of Rights under the Violence Against Women Act (VAWA), below. VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.

Sincerely,

George Blitz

Marketing Agent

**AVAILABLE UNITS AND INCOME REQUIREMENTS**

| Unit Size | | Monthly Rent[1] | Units Available | | Household Size[2] | Annual Household Income[3] Minimum – Maximum[4] | 130% AREA MEDIAN INCOME (AMI) UNITS | Monthly Rent[1] | Units Available | | Household Size[2] | Annual Household Income[3] Minimum – Maximum[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Bedroom | 70% AREA MEDIAN INCOME (AMI) UNITS | $1,115 | 3 | → | 1 person | $38,229 - $52,290 | | $2,289 | 5 | → | 1 person | $78,480 - $97,110 |
| | | | | | 2 people | $38,229 - $59,780 | | | | | 2 people | $78,480 - $111,020 |
| | | | | | 3 people | $38,229 - $67,270 | | | | | 3 people | $78,480 - $124,930 |
| 3 Bedroom | | | | | | | | $2,777 | 1 | → | 3 people | $95,212 - $124,930 |
| | | | | | | | | | | | 4 people | $95,212 - $138,710 |
| | | | | | | | | | | | 5 people | $95,212 - $149,890 |
| | | | | | | | | | | | 6 people | $95,212 - $160,940 |
| | | | | | | | | | | | 7 people | $95,212 - $172,120 |

**New York City Department of Housing Preservation and Development (HPD) and**

**New York City Housing Development Corporation (HDC)**

**Notice of Rights under the Violence Against Women Act (VAWA)**

**for Housing Applicants**

**To All Applicants for HPD or HDC Marketed Units:**

The federal Violence Against Women Act (VAWA) provides protections for victims of domestic violence, dating violence, sexual assault, or stalking. VAWA protections are not only available to women, but are available equally to all individuals regardless of sex, gender identity, or sexual orientation.[1] This notice explains your rights under VAWA and the responsibilities of HPD and HDC, collectively known as "the Agencies", and any marketing agents or other owner representatives engaged in your application process for HPD/HDC marketed housing units.

**Protections for Applicants**

Housing units marketed via NYC Housing Connect may be funded by a number of federal, state or local financing programs. If you otherwise qualify for admission**,** you cannot be denied admission on the basis of or as a direct result of the fact that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking. Additionally, applicants cannot be denied based on adverse factors that are a direct result of the fact that you are or have been a victim of domestic violence, dating violence, sexual assault, or stalking.

Applicants who are domestic violence survivors may invoke their VAWA rights and appeal a rejection to housing if they wish to claim that the reason given for rejection is a direct consequence of their experience with domestic violence, dating violence, sexual assault or stalking. Such reasons may include, but are not limited to, poor credit, failure to pay rent, poor rental history and/or a criminal record. When submitting such a claim, applicants may be asked to provide supporting documentation.

Instructions on your rights to appeal and the related time frame for submitting such an appeal are explained in your rejection letter if you are denied acceptance to an HPD or HDC marketed unit. Should you need assistance in acquiring additional documents, you may contact one of New York City's Family Justice Centers, and inform them that you were referred by HPD or HDC for help documenting your status as a victim of domestic violence:

**Bronx Family Justice Center,** 198 East 161st Street, 2nd Floor, 718-508-1220

**Brooklyn Family Justice Center,** 350 Jay Street, 718-250-5111

**Queens Family Justice Center,** 126-02 82nd Avenue, 718-575-4545

**Manhattan Family Justice Center**, 80 Center Street, 212-602-2800

**Staten Island Family Justice Center,** 126 Stuyvesant Place, 718-697-4300

Family Justice Centers provide a variety of information and services. No appointment is necessary. All centers are open Monday through Friday from 9:00am to 5:00pm.

**Confidentiality**

The Agencies and all marketing agents/owner representatives must keep confidential any information you provide, including the fact that you are exercising your rights under VAWA.

However, they may disclose the information provided if:

- You give written permission to release the information on a time limited basis.
- A law requires the Agencies or marketing agent/owner to release the information.

**Other Laws**

VAWA does not replace any Federal, State, or local law that provides greater protection for victims of domestic violence, dating violence, sexual assault, or stalking. You may be entitled to additional housing protections for victims of domestic violence, dating violence, sexual assault, or stalking under other Federal laws, as well as under State and local laws.

**For Additional Information**

You may view a copy of HUD's VAWA Final Rule, covering many of HUD's housing programs, at **www.gpo.gov/fdsys/pkg/FR-2016-11-16/pdf/2016-25888.pdf**.

For questions regarding VAWA issues or concerns during the housing application process, please contact **ONE** of these representatives:

    HPD Marketed Units:  HPD Applicant Helpline, 212-863-7990

    HDC Marketed Units:  HDC Compliance Helpline, 212-227-6411

For help regarding an abusive relationship, you can call **NYC Domestic Violence Hotline at**

**1-800-621-4673.** Additional New York City resources for survivors of intimate partner violence include the **Family Justice Centers**, listed above under "Protections for Applicants."

Applicants who are or have been victims of stalking and are seeking help may visit the **National Center for Victims of Crime's Stalking Resource Center** at

**www.victimsofcrime.org/our-programs/stalking-resource-center**.

For help regarding sexual assault, you may contact the **NYC Alliance Against Sexual Assault:**

**212-229-0345** or **Rape Abuse and Incest National Network (RAINN) at 1-800-656-4673**.

&lt;span style="line-height:115%;font-family:'Calibri'