UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
CHAIM Y. KATZ and CHANA KATZ,

               Plaintiffs,

-against-

NEW YORK CITY HOUSING PRESERVATION &
DEVELOPMENT, NEW YORK CITY HOUSING
DEVELOPMENT CORPORATION, SITE 5 RESIDENTIAL
OWNER LLC, C&C APARTMENT MANAGEMENT LLC,
and NRT NEW YORK LLC D/B/A CITI HABITATS,

               Defendants.
------------------------------------------------------------------------x

Docket No. 21-cv-2933

**NOTICE OF APPEARANCE**

       **PLEASE TAKE NOTICE THAT** Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone, LLP, by Taylor L. Cary, hereby appears as counsel for the plaintiffs, Chaim Y. Katz and Chana Katz, as of the date hereof.

Dated:  April 7, 2021

               ABRAMS, FENSTERMAN, FENSTERMAN,
               EISMAN, FORMATO, FERRARA, WOLF &
               CARONE, LLP

               By: _____
               Taylor L. Cary
               One Metrotech Center, Suite 1701
               Brooklyn, New York 11201
               (718) 215-5300
               tcary@abramslaw.com

               *Attorneys for plaintiffs, Chaim Y. Katz and Chana Katz*