UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
CHAIM Y. KATZ and CHANA KATZ,

                      Plaintiffs,

    -against-

NEW YORK CITY HOUSING PRESERVATION &
DEVELOPMENT, NEW YORK CITY HOUSING
DEVELOPMENT CORPORATION, SITE 5 RESIDENTIAL
OWNER LLC, C&C APARTMENT MANAGEMENT LLC,
and NRT NEW YORK LLC D/B/A CITI HABITATS,

                      Defendants.
-------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Index #: 21-cv-02933

    PLEASE TAKE NOTICE, that Eric Broutman of Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara, Wolf & Carone LLP hereby enters his appearance as counsel to Chaim Y. Katz and Chana Katz.

    Dated: Lake Success, New York
            April 7, 2021

*Eric Broutman*
ERIC BROUTMAN
Abrams, Fensterman, Fensterman, Eisman,
Formato, Ferrara, Wolf & Carone LLP
3 Dakota Drive, Suite 300
Lake Success, New York 11042
(516) 328-2300
Fax: (516) 328-6638