UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

CHAIM Y. KATZ and CHANA KATZ

                                  Plaintiffs,

-against-

NEW YORK CITY HOUSING PRESERVATION AND
DEVELOPMENT, NEW YORK CITY HOUSING
DEVELOPMENT CORPORATION, SITE 5
RESIDENTIAL OWNER LLC, C&C APARTMENT
MANAGEMENT LLC, and NRT NEW YORK LLC
D/B/A CITI HABITATS,

                                  Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

21-CV-2933(JPC)(RWL)

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel MELANIE V. SADOK, appears as counsel for Defendants New York City Housing Preservation and Development and New York City Housing Development Corporation, in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system.

Dated:       April 30, 2021
               New York, New York

                                                  Respectfully submitted,

                                                  JAMES E. JOHNSON
                                                Corporation Counsel of the
                                                    City of New York
                                                *Attorney for Defendants*
                                                100 Church Street
                                                New York, New York 10007
                                                Tel.:  (212) 356-4371
                                                msadok@law.nyc.gov

                                                BY:    _____
                                                          MELANIE V. SADOK
                                                          Assistant Corporation Counsel

TO: Justin T. Kelton, Esq.
      Eric Broutman, Esq.
      Taylor L. Cary, Esq.
      ABRAMS, FENSTERMAN, FENSTERMAN,
      EISMAN, FORMATO, FERRRO WOLF & CARONE, LLP
      Attorneys for Plaintiffs (VIA ECF)