UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                                                :

CHAIM Y. KATZ and CHANA KATZ,                 :

                                                                                               :
                                    Plaintiffs,                :
                                                                                :          21-CV-2933 (JPC)
                             -v-                                     :
                                                                                :               <u>ORDER</u>

NEW YORK CITY HOUSING PRESERVATION &  :
DEVELOPMENT *et al.*,                                              :
                                                                                  :
                                    Defendants.            :
                                                                                  :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court is in receipt of Defendants' letter motions for leave to file motions to dismiss. *See* Dkts. 39, 43, 44.  All parties shall be prepared to discuss these requests at the Initial Pretrial Conference on September 13, 2021 at 10:00 a.m.

      SO ORDERED.

Dated: August 18, 2021
       New York, New York

                                                     _____
                                                         JOHN P. CRONAN
                                            United States District Judge