UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM Y. KATZ and CHANA KATZ,<br><br>                                  Plaintiffs,<br><br>         -against-<br><br>NEW YORK CITY HOUSING<br>PRESERVATION & DEVELOPMENT, et al.,<br><br>                                  Defendant(s). | Case No. 1:21-cv-02933 (JLR)<br><br>**<u>ORDER</u>** |

JENNIFER L. ROCHON, United States District Judge:

The Court is in receipt of the parties' joint letter, dated October 6, 2022, filed in response to the Court's September 22, 2022 Reassignment Order.  ECF No. 79.  In light of Plaintiffs' request for pre-amendment discovery – which Defendants oppose – IT IS HEREBY ORDERED that the parties shall appear for a conference on **October 21, 2022**, at 10:00 a.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007.  Additionally, IT IS FURTHER ORDERED that Plaintiffs' deadline to file their Amended Complaint shall be held in abeyance until that conference.  Finally, IT IS FURTHER ORDERED that no later than October 14, 2022, the parties shall file a proposed Civil Case Management Plan and Scheduling Order, in accordance with the Court's Individual Rule 2.D.

Dated: October 7, 2022
           New York, New York

                                                                            SO ORDERED.

                                                                            *Jennifer Rochon*
                                                                            _____
                                                                            JENNIFER L. ROCHON
                                                                            United States District Judge