

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

Melanie V. Sadok
phone: (212)356-4371
fax: (212)356-2019
email: msadok@law.nyc.gov

October 13, 2022

**By ECF**
The Honorable Jennifer L. Rochon
United States District Judge
United States District Court, Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: <u>Katz v. HPD, HDC et al</u>, 21-CV-2933

Your Honor:

   I am an Assistant Corporation Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendants the New York City Department of Housing and Preservation ("HPD"), and the New York City Housing Development Corporation ("HDC") in the above-referenced matter. I am writing to request that the conference scheduled for October 21, 2022 be adjourned as I previously scheduled to be out of the office and not working on that date. The parties consent to this request. In accordance with Your Honor's Rule 1.F, mutually agreeable alternative conference dates are November 16, 29, or 30.[1]

   Additionally, I am requesting that the case management plan and joint letter that is currently due to be filed on October 14, 2022 be held in abeyance until after the Court has decided Plaintiffs' motion for pre-amendment discovery and an amended pleading is filed. Without a pleading, it will be very difficult to set meaningful discovery deadlines and engage in a thoughtful meet and confer regarding the case. Alternatively, in the event that the Court denies this request, City Defendants ask that the deadline be shifted to be one week prior to the new conference date. Co-Defendants Site 5 Residential Owner LLC and NRT New York and C&C Apartment Management LLC join in this request to hold the deadline in abeyance. Plaintiffs do

---

[1] In the event these dates are not acceptable to the Court, please be advised that I will again be out of the office from November 7-11th.

not consent to the request to hold the deadline in abeyance, noting that they have not been able to connect with their clients to discuss the matter.

    This is the first request for these extensions.

                  Respectfully submitted,

                  *Melanie V. Sadok*

                  Melanie V. Sadok

cc: Attorneys for Plaintiffs (via ECF)
   Attorneys for Co-Defendants (via ECF)

Application GRANTED in part. The conference previously scheduled for October 21, 2022 shall be adjourned to **November 16, 2022** at 11:00 a.m. The deadline to file a proposed Case Management Plan and Scheduling Order is adjourned to **November 9, 2022**.

Dated: October 13, 2022
     New York, New York

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge