UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHAIM Y. KATZ and CHANA KATZ,<br><br>                              Plaintiffs,<br><br>                -against-<br><br>NEW YORK CITY HOUSING<br>PRESERVATION & DEVELOPMENT, et al.,<br><br>                            Defendants. | Case No. 1:21-cv-02933 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

      The Court is in receipt of a letter from Plaintiffs, dated December 23, 2022, apparently seeking reconsideration of the Court's order permitting their attorneys at Abrams Fensterman to withdraw from this action. ECF No. 89. IT IS HEREBY ORDERED that all parties, including Plaintiffs and representatives from Abrams Fensterman shall appear for a conference on this matter on **January 11, 2023** at 3:00 p.m. in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007. IT IS FURTHER DIRECTED that Plaintiffs shall serve a copy of this Order on Plaintiffs' prior counsel via e-mail no later than **January 6, 2023**.

Dated: December 29, 2022
       New York, New York

                                                    SO ORDERED.

                                                    JENNIFER L. ROCHON
                                                    United States District Judge