UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHAIM Y. KATZ and CHANA KATZ,

                Plaintiffs,

-against-

NEW YORK CITY HOUSING PRESERVATION & DEVELOPMENT, et al.,

                Defendant(s).

Case No. 1:21-cv-02933 (JLR)

**ORDER**

---

JENNIFER L. ROCHON, United States District Judge:

    For the reasons stated on the record at the conference on January 19, 2023, Plaintiffs' request for the Court to reconsider its order permitting Abrams Fensterman to withdraw as counsel (ECF No. 88) is denied. Plaintiffs' new counsel, or Plaintiffs should they chose to proceed *pro se*, shall file a notice of appearance on the docket no later than **February 9, 2023**. Plaintiffs shall file an Amended Complaint no later than **March 2, 2023**. As stated on the record, given the lengthy extensions that have already been provided to Plaintiffs, no further extension requests will be granted.

    The Clerk of Court is directed to modify the docket to reflect that Chaim Y. Katz and Chana Katz are currently proceeding *pro se* with the following address and e-mail:

> 570 Grand Street 505
> New York, NY 10002
> Cyk135@gmail.com

Dated: January 20, 2023
       New York, New York

                              SO ORDERED.

                              *Jennifer Rochon*
                              JENNIFER L. ROCHON
                              United States District Judge